**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____ Chapter __11__

☐ Check if this an amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Jewelry Designer Showcase, Inc.** |
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA Dannunzio Designed** |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **27-4760557** |

**4. Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **4366A Victory Boulevard** <br> **Staten Island, NY 10314** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Richmond** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)    **https://www.jdshowcase.com/**

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor **Jewelry Designer Showcase, Inc.**                                         Case number (*if known*)
            Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    **5944**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

  ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor **Jewelry Designer Showcase, Inc.** Case number (*if known*)
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor  **Jewelry Designer Showcase, Inc.**                                    Case number (*if known*)  _____
        Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **Jewelry Designer Showcase, Inc.**
        Name

Debtor   **Jewelry Designer Showcase, Inc.**                                    Case number (*if known*)
         Name

■ **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January  7, 2025**
              MM / DD / YYYY

**X** **/s/ John W. Salvatore**                                **John W. Salvatore**
Signature of authorized representative of debtor               Printed name

Title   **Sole Director and President**

**18. Signature of attorney**

**X** **/s/ Avrum J. Rosen**                                   Date **January  7, 2025**
Signature of attorney for debtor                               MM / DD / YYYY

**Avrum J. Rosen**
Printed name

**Law Offices of Avrum J. Rosen, PLLC**
Firm name

**38 New St**
**Huntington, NY 11743-3327**
Number, Street, City, State & ZIP Code

Contact phone  **631-423-8527**    Email address  **arosen@ajrlawny.com**

Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Jewelry Designer Showcase, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NEW YORK** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **4366A Victory Blvd LLC** **220 Merrill Avenue** **Staten Island, NY 10314** | | **Rent Arrears** | | | | **$18,000.00** |
| **Commercial Art Lab LLC** **420 West 42nd Street** **New York, NY 10036** | | **Photo/video services** | **Contingent Unliquidated Disputed** | | | **$29,000.00** |
| **Couture Jewelry** **1584 Richmond Road** **Staten Island, NY 10304** | | **Jewelry Supplier** | | | | **$50,000.00** |
| **Dalumi Diamonds** **580 Fifth Avenue Suite 411** **New York, NY 10036** | | **Supplies** | | | | **$15,000.00** |
| **DE State Dept of Finance** **820 N French Street 8th Floor** **Wilmington, DE 19801** | | | | | | **Unknown** |
| **Farina Diamanti** **Viale Galimberti, 26** **Valenza AL, IT 15048** | | **Diamond Supplier** | | | | **$11,000.00** |
| **Freeman** **140 Central Ave Suite 130** **Kearny, NJ 07032** | | **Trade Show Services** | | | | **$5,000.00** |
| **Hill & Associates** **Onyx House** **12 Phoenix Park Ave** **Birmingham, UK** | | **Business, Marketing & Ecommerce Consulting** | | | | **$120,000.00** |

Debtor **Jewelry Designer Showcase, Inc.**　　　　　　　　　　　　　Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Internal Revenue Service**<br>**P.O. Box 7317**<br>**Philadelphia, PA 19101** | | | | | | **Unknown** |
| **Jacques Jewelry**<br>**6 West 48th Street**<br>**3rd Floor**<br>**New York, NY 10036** | | **Supplies** | | | | **$15,000.00** |
| **Lonetti Fratelli**<br>**ViaCirconvallazione Ovest**<br>**41A**<br>**Valenza AL, IT 15048** | | **Manufacturing new designs & inventory** | | | | **$17,000.00** |
| **Lucy Cerniglia**<br>**2025 85th Street**<br>**Brooklyn, NY 11214** | | **Insider Loan** | **Unliquidated** | | | **$750,000.00** |
| **Martin Trautmann**<br>**1680 Michigan Ave**<br>**Suite 700 #520**<br>**Miami Beach, FL 33139** | | **Insider Loan** | **Unliquidated** | | | **$250,000.00** |
| **NYC Department of Finance**<br>**66 John Street, Room 104**<br>**New York, NY 10038** | | | | | | **Unknown** |
| **NYS Dept. Tax and Finance**<br>**Builiding 9**<br>**W A Harriman Cmpus**<br>**Attn: Office of Counsel**<br>**Albany, NY 12227** | | | | | | **Unknown** |
| **RIVA JEWELRY INC.**<br>**41-31 39th Street**<br>**Long Island City, NY 11104** | | **Jewelry Supplier** | | | | **$32,900.00** |
| **Stephen Safina**<br>**528 83rd St**<br>**Apt 3**<br>**Brooklyn, NY 11209** | | **Insider Loan** | | | | **$10,000.00** |
| **Steven D'Angelo**<br>**47 North Sheridan Avenue**<br>**Bethpage, NY 11714** | | **All accounts receivable and inventory as security for settlement entered into in case no. 2:23-cv-01322.** | | **$3,300,000.00** | **$0.00** | **$3,300,000.00** |

Debtor **Jewelry Designer Showcase, Inc.**　　　　　　　　　　Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Vittorio Bassan Via Mantova 5 Valenza AL, IT 15048** | | **Jewelry Design Services** | | | | **$10,000.00** |
| **WPIC Marketing + Tech 134 Abbott Street Suite 601 Vancouver, BC** | | **Marketing & Technology fees for China eCommerce Platform** | **Contingent Unliquidated Disputed** | | | **$220,000.00** |

4366A Victory Blvd LLC
220 Merrill Avenue
Staten Island, NY 10314


4366A Victory Blvd LLC
220 Merrill Avenue
Staten Island, NY 10314


Commercial Art Lab LLC
420 West 42nd Street
New York, NY 10036


Con Edison
Attn Law Dept
4 Irving Place RM 1875
New York, NY 10030


Couture Jewelry
1584 Richmond Road
Staten Island, NY 10304


Dalumi Diamonds
580 Fifth Avenue
Suite 411
New York, NY 10036


DE Secretary of State
820 N. French St.
10th Floor
Wilmington, DE 19801


DE State Dept of Finance
820 N French Street
8th Floor
Wilmington, DE 19801


Farina Diamanti
Viale Galimberti, 26
Valenza AL, IT 15048


Freeman
140 Central Ave
Suite 130
Kearny, NJ 07032

Hill & Associates
Onyx House
12 Phoenix Park Ave
Birmingham, UK


Internal Revenue Service
P.O. Box 7317
Philadelphia, PA 19101


Jacques Jewelry
6 West 48th Street
3rd Floor
New York, NY 10036


Lonetti Fratelli
ViaCirconvallazione Ovest
41A
Valenza AL, IT 15048


Lucy Cerniglia
2025 85th Street
Brooklyn, NY 11214


Martin Trautmann
1680 Michigan Ave
Suite 700 #520
Miami Beach, FL 33139


National Grid
P.O. Box 371416
Pittsburgh, PA 15250


NOVA Family Offices
2929 Weslayan Street
Houston, TX 77027


NYC Department of Finance
66 John Street, Room 104
New York, NY 10038


NYS Dept. Tax and Finance
Builiding 9
W A Harriman Cmpus
Attn: Office of Counsel
Albany, NY 12227

PPAD Inc. & Associates
4366 Victory Boulevard
Apt A
Staten Island, NY 10304


RIVA JEWELRY INC.
41-31 39th Street
Long Island City, NY 11104


Stephen Safina
528 83rd St
Apt 3
Brooklyn, NY 11209


Steveline Inc.
47 North Sheridan Ave
Bethpage, NY 11714


Steven D'Angelo
47 North Sheridan Avenue
Bethpage, NY 11714


Todd A. Gabor, Esq.
132 Spruce Street
Cedarhurst, NY 11516


Verizon Wireless
Bankruptcy Administration
500 Technology Drive
Suite 550
Weldon Spring, MO 63304


Vittorio Bassan
Via Mantova 5
Valenza AL, IT 15048


WPIC Marketing + Tech
134 Abbott Street
Suite 601
Vancouver, BC

**United States Bankruptcy Court**
**Eastern District of New York**

In re  **Jewelry Designer Showcase, Inc.**                                          Case No.

                                    Debtor(s)                                        Chapter  **11**

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Jewelry Designer Showcase, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **January  7, 2025** | **/s/ Avrum J. Rosen** |
| Date | **Avrum J. Rosen** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Jewelry Designer Showcase, Inc.** |
| | **Law Offices of Avrum J. Rosen, PLLC** |
| | **38 New St** |
| | **Huntington, NY 11743-3327** |
| | **631-423-8527 Fax:631-423-4536** |
| | **arosen@ajrlawny.com** |