**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>JEWELRY DESIGNER SHOWCASE, INC.,<br><br>                    Debtor. | Case No.: 1-25-40076-ESS<br><br>Chapter 11 (Subchapter V)<br><br>**NOTICE OF APPEARANCE** |

      **PLEASE TAKE NOTICE** that the undersigned appears as counsel on behalf of creditors, Steven P. D'Angelo and Steveline, Inc., in the above-referenced action. I certify that I am admitted to practice in this Court.

Dated:  White Plains, New York
          January 30, 2025

                                        **CERMELE & WOOD LLP**
                                        *Attorneys for Steven P. D'Angelo and*
                                        *Steveline, Inc.*

                             By:    */s/ Benjamin M. Rattner*
                                        Benjamin M. Rattner
                                        2 Westchester Park Drive, Suite 110
                                        White Plains, New York 10604
                                        Tel: (914) 967-2753
                                        ben@cw.legal